UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NATACHE D. RINEGARD-GUIRMA**, | Civil Case No. 3:13-CV-01423-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **BANK OF AMERICA N.A., as successor Trustee by merger to LaSalle Bank N.A., as Trustee under the Pooling and Servicing Agreement Dated as of August 1, 2006, GSAMP Trust 2006 HE5**, | |
| Defendant. | |

    Natache D. Rinegard-Guirma
    5731 NE 10th Ave.
    Portland, OR 97211

        Pro se Plaintiff

Page 1 - JUDGMENT

KING, Judge:

    Based on the record, this case is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this    4th    day of September, 2013.

                                  /s/ Garr M. King
                                Garr M. King
                                United States District Judge