UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATACHE D. RINEGARD-GUIRMA,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>BANK OF AMERICA NA, as successor Trustee by merger to LaSalle Bank National Association, as Trustee under the Pooling ans Servicing Agreement Dated as of August 1, 2006, GSAMP Trust 2006 HE5,<br><br>        Defendant - Appellee. | No. 13-36020<br><br>D.C. No. 3:13-cv-01423-KI<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated January 14, 2014.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk